UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

Frankie Pagan,

                Petitioner,

    -against-

Ifrain Parada et. al.,

               Respondent.
------------------------------------ x

ORDER
~~09 cv 8985~~ (GBD)
06 CV 1311

GEORGE B. DANIELS, District Judge:

A conference is scheduled in this action for December 3, 2009 at 9:45am.

Dated: November 18, 2009
      New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge